IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jacqueline Stogoski, | ) |
| Plaintiff, | ) Civil Action No. 2:12-cv-00325 |
| v. | ) |
| UPMC St. Margaret, | ) |
| Defendant. | ) |

**NOTICE OF ADR SESSION**

The Mediation session is scheduled in the above captioned matter for August 30, 2013 at 8:30 a.m. The session will be held at the law offices of David B. White, Esquire, Burns White LLC, Four Northshore Center, 106 Isabella Street, Pittsburgh, PA 15212.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date: August 13, 2013     Signature of Neutral:     /s/David B. White, Esquire

200609