UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE STOGOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:12-cv-00325 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| UPMC ST. MARGARET, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE

Defendant UPMC St. Margaret hereby moves for a continuance of the settlement conference in this case.  In support thereof, Defendant states as follows:

1.      By court order, a settlement conference has been scheduled in this case for Friday, October 11, 2013 at 10:30 a.m.  A client representative with full settlement authority is required to attend.

2.      Defendant's representative with full settlement authority is Andrea Clark-Smith, Esq., Senior Associate Counsel and Vice President of Employee Relations.

3.      Ms. Clark Smith has an unavoidable conflict on October 11 which precludes her attendance.  Specifically, Ms. Clark Smith has a meeting for all executive human resources personnel, attendance at which is mandatory, on that day.

4.      Accordingly, Defendant respectfully requests a continuance of the settlement conference.

5.      Defendant's counsel informed Plaintiff's counsel of this motion before filing, and Plaintiff's counsel has consented to the continuance.

WHEREFORE, Defendant respectfully requests that the October 11, 2013 settlement conference be continued.

Respectfully submitted,

s/ Andrew T. Quesnelle
John J. Myers
Pa. ID 23596
Andrew T. Quesnelle
Pa. I.D. No. 203566
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
412-566-5900/6133
jmyers@eckertseamans.com
aquesnelle@eckertseamans.com