IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE STOGOSKI, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UPMC ST. MARGARET'S, )<br>)<br>)<br>)<br>Defendant. ) | Civil Action No. 12-325<br>Judge Cathy Bissoon |

## SETTLEMENT CONFERENCE

**Before:** Judge Bissoon

**For Plaintiff:** Edward A. Olds, Esq.
Jamie George, Esq.

**For Defendant:** Andrew T. Quesnelle, Esq.

**Began:** November 1, 2013, at 1:00 pm

**Concluded:** November 1, 2013, at 4:00 pm

## OUTCOME

Parties to decide on settlement no later than noon on Monday, November 4, 2013. Parties should inform the Court of their decision no later than 2:00 pm that day.